**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 428 WAL 2018

                  Respondent   :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court

            v.   :

CHARLES WAYNE POU,   :

                  Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.